■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL HOLMES, Appellant. [733 NYS2d 661] —Judgment unanimously affirmed. Memorandum: The contention of defendant that County Court improperly enhanced his sentence without offering him an opportunity to withdraw his plea of guilty is not preserved for our review (see, CPL 470.05 [2]; People v Santos, 283 AD2d 998) and, in any event, is without merit. The sentence is neither unduly harsh nor severe. (Appeal from Judgment of Monroe County Court, Connell, J.—Assault, 2nd Degree.) Present—Green, J. P., Scudder, Kehoe, Gorski and Lawton, JJ.